# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re | ) Case No: 22-13720 |
| Alex Barad, | ) Chapter: 7 |
| Debtor. | ) Judge: Hon. Timothy A. Barnes |

## NOTICE OF MOTION

**TO: See attached service list**

PLEASE TAKE NOTICE that on <u>January 11, 2023</u> at <u>9:00 a.m.</u>, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in Courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604 **or** electronically as described below, and present the motion of Toyota Motor Credit Corporation ("Movant"), to Modify the Automatic Stay, a copy which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government**.

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (**2**) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

BONIAL & ASSOCIATES, P.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Toyota Motor Credit Corporation

4711-N-0942

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this notice and the attached motion was served on each entity shown on the attached list at the address shown and by the method indicated on the list on December 20, 2022.

    Respectfully Submitted

    /s/ Wesley T. Kozeny
    Wesley T. Kozeny

**Service List:**

**Debtor's Attorney**    *via Electronic Notice via CM/ECF*
David Freydin
Law Offices Of David Freydin Ltd
8707 Skokie Blvd Suite 312
Skokie, IL 60077

**Chapter 7 Trustee**    *via Electronic Notice via CM/ECF*
Richard J. Mason
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601

**US Trustee**    *via Electronic Notice via CM/ECF*
Office of the U.S.Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois 60604

**Debtor**    *via U.S. Mail*
Alex Barad
460 Maple Drive
Wheeling, IL 60090

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>Alex Barad,<br>          Debtor(s). | ) Case No: 22-13720<br>) Chapter: 7<br>) Judge: Hon. Timothy A. Barnes |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW Toyota Motor Credit Corporation, its subsidiaries, affiliates, predecessors in interest, successors and/or assigns ("Movant"), through the undersigned counsel, pursuant to Federal Rules of Bankruptcy Procedure 4001 and 9014, and states as follows in support of its Motion herein:

***REQUIRED STATEMENT (Form G-4) IS ANNEXED HERETO AND FILED HEREWITH AS REQUIRED BY LOCAL RULE 4001-1***

1. On November 28, 2022, the Debtor, above-named, filed a voluntary petition in Bankruptcy under Title 11, Chapter 7, U.S.C., in the United States Bankruptcy Court, for the Northern District of Illinois.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 151, 157 and 1334 and applicable local rules. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2). Venue is proper in this District under 28 U.S.C. Section 1409(a).

3. The Debtor, Alex Barad, ("Obligor(s)") is indebted to Movant pursuant to a Retail Installment Contract (the "Debt Obligation"). A copy of the Debt Obligation is attached hereto and incorporated herein as Exhibit A. Movant is entitled to enforce the Debt Obligation.

4. As security for repayment of the Debt Obligation the Obligor(s) have pledged certain collateral described as 2018 MAZDA 3, VIN: 3MZBN1L3XJM196563

4711-N-0942

("Collateral"). A copy of the proof of perfection of Movant's interest is in the Collateral ("Security Interest") is attached hereto and incorporated herein as Exhibit B.

5. All rights and remedies under the Debt Obligation and Security Interest have been assigned to the Movant.

6. As of December 19, 2022, the outstanding indebtedness owed to Movant less any partial payments or suspense balance is $14,135.60.

7. As of December 19, 2022, the value of the Collateral is $18,350.00. The basis for this value is the J.D. Power estimate of value attached hereto as Exhibit C.

8. Movant is in physical possession of the Collateral.

9. Debtor's Form 108 stated the intention to retain and reaffirm.

10. Cause exists for relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

   a. 11 U.S.C. §362(d)(1) - For cause in that payments required to be made by Obligors to Movant are not being made as required by the Debt Obligation.

WHEREFORE, Movant prays that this Court issue an Order:

1. Terminating or modifying the stay imposed by 11 U.S.C. 362(a) allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies in and to the Collateral.

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4711-N-0942

      3.    For such other relief as the Court deems proper.

Dated: <u>December 20, 2022</u>

      BONIAL & ASSOCIATES, P.C.

<u>/s/ Wesley T. Kozeny</u>
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Toyota Motor Credit Corporation

Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

Debtor(s)  Alex Barad                                Case No.  22-13720    Chapter  7

Moving Creditor  Toyota Motor Credit Corporation               Date Case Filed  11/28/2022

Nature of Relief Sought    ☒ Lift Stay    ☐ Annual Stay    ☐ Other (describe) _____

☐ No-Asset Report Filed on _____
☒ No-Asset Report not Filed, Date of Creditors Meeting    01/10/2023

1. Collateral
   a.  ☐ Home
   b.  ☒ Car    Year, Make Model    2018 MAZDA 3, VIN: 3MZBN1L3XJM196563
   c.  ☐ Other (describe) _____

2. Balance Owed as of 12/19/2022    $14,135.60
   Total of all other Liens against Collateral _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)    $18,350.00

5. Default
   a.  ☒ Pre-Petition Default
       Number of months _____    Amount: _____
   b.  ☐ Post-Petition Default
       Number of months _____    Amount: _____
       i.  ☐ On direct payments to the moving creditor
           Number of months _____    Amount: _____
       ii. ☐ On payments to the Standing Chapter 13 Trustee
           Number of months _____    Amount: _____

6. Other Allegations
   a.  ☐ Lack of Adequate Protection § 362(d)(1)
       i.   ☐ No insurance
       ii.  ☐ Taxes unpaid    Amount _____
       iii. ☐ Rapidly depreciating asset
       iv.  ☐ Other (describe): _____
   b.  ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   c.  ☒ Other "Cause" § 362(d)(1)
       i.   ☐ Bad Faith (describe) _____
       ii.  ☐ Multiple Filings
       iii. ☒ Other (describe):    Collateral is in physical possession of Movant
   d.  Debtor's Statement of Intention regarding the Collateral
       1. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date:    December 20, 2022                         /s/ Wesley T. Kozeny
                                                   Counsel for Movant

4711-N-0942

# RETAIL INSTALLMENT CONTRACT
## SIMPLE FINANCE CHARGE

Contract Number: _____

Buyer Name and Address:
ALEX BARAD
460 MAPLE DRIVE
WHEELING, IL 60074

Seller-Creditor (Name and Address):
1811 N Rand Rd

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us") the Amount Financed and Finance Charges in U.S. funds according to the payment schedule below. If any amount remains unpaid fifteen days after the final payment due date, we will assess finance charges on the unpaid balance at the Annual Percentage Rate shown in the Truth-In-Lending Disclosures. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2018 | MAZDA MAZDA3 | 37,006 | 3MZBN1L3XJM196563 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 0.00 |
|---|---|---|---|---|
| 5.24 % | $ 2,673.44 | $ 18,910.96 | $ 21,584.40 | $ 21,584.40 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | $ 359.74 | MONTHLY beginning 07/18/21 |
| N/A | N/A | N/A |
|  |  | N/A |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 10 or 5% of the part of the payment that is late, whichever is greater.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about non-payment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ 1,091.35 sales tax) ........ $ 13,991.36 (1)

2 Total Downpayment =
Trade-in: N/A (Year) (Make) (Model)
Gross Trade-In Allowance ........ $ N/A
Less Pay Off Made By Seller to N/A ........ $ N/A
Equals Net Trade In ........ $ N/A
+ Cash ........ $ N/A
+ Other N/A ........ $ N/A
+ Other N/A ........ $ N/A
+ Other N/A ........ $ N/A
(If total downpayment is negative, enter "0" and see 4K below) ........ $ 0.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) ........ $ 13,991.36 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):
A Cost of Optional Credit Insurance Paid to Insurance Company or Companies
Life $ N/A Term N/A
Disability $ N/A Term N/A ........ $ N/A
B Vendor's Single Interest Insurance Paid to Insurance Company ........ $ N/A
C Other Optional Insurance Paid to Insurance Company or Companies ........ $ N/A
D Optional Gap Contract ........ $ 700.00
E Official Fees Paid to Government Agencies
to N/A for N/A ........ $ N/A
to N/A for N/A ........ $ N/A
to N/A for N/A ........ $ N/A
F Government Taxes Not Included in Cash Price ........ $ N/A
G Government License and/or Registration Fees
LICENSE AND/OR REG FEES ........ $ 151.00
H Optional ERT Fee Paid To NAPLETONS PALATINE MAZDA ........ $ 25.00
I Government Certificate of Title Fees ........ $ 150.00
J To Seller for Documentary Fee ........ $ 303.60
K Other Charges (Seller must identify who is paid and describe purpose)
to N/A for Prior Credit or Lease Balance ........ $ N/A
to Shield National AutoSERVICE CONTRACT ........ $ 2,495.00
to SHIELD NATIONAL AUTOMAINTENANCE ........ $ 1,095.00
to N/A for N/A ........ $ N/A
to N/A for N/A ........ $ N/A
to N/A for N/A ........ $ N/A
to N/A for N/A ........ $ N/A
to N/A for N/A ........ $ N/A
to N/A for N/A ........ $ N/A

Total Other Charges and Amounts Paid to Others on Your Behalf ........ $ 4,919.60 (4)

5 Amount Financed (3 + 4) ........ $ 18,910.96

### INSURANCE - YOU MAY BUY THE PHYSICAL DAMAGE INSURANCE THIS CONTRACT REQUIRES (SEE BACK) FROM ANYONE YOU CHOOSE WHO IS ACCEPTABLE TO US.

**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
Home Office Address N/A

**Other Optional Insurance**
☐ N/A N/A
Type of Insurance Term
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

X N/A    N/A
Buyer Signature    Date
X N/A    N/A
Co-Buyer Signature    Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A. SELLER'S INITIALS N/A

### FOR USED VEHICLES ONLY

Illinois law requires that this vehicle will be free of a defect in a power train component for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. "Power train component" means the engine block, head, all internal engine parts, oil pan and gaskets, water pump, intake manifold, transmission, and all internal transmission parts, torque converter, drive shaft, universal joints, rear axle and all rear axle internal parts, and rear wheel bearings. You (the consumer) will have to pay up to $100 for each of the first 2 repairs if the warranty is violated.

ATTENTION CONSUMER: SIGN HERE ONLY IF THE SELLER HAS TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM OR PROBLEMS AND YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS.

1. N/A   2. N/A   3. N/A

X /s/ Buyer   06/03/21   X N/A
Buyer Signs   (Date)   Co-Buyer Signs   (Date)

### NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

### Notice to the buyer.

1. Do not sign this agreement before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the agreement you sign. 3. Under the law you have the right, among others, to pay in advance the full amount due and to obtain under certain conditions a partial refund of the finance charge.
You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

### RETAIL INSTALLMENT CONTRACT

Buyer Signs X /s/   Date 06/03/21   Co-Buyer Signs X N/A   Date N/A
Buyer Printed Name ALEX BARAD   Co-Buyer Printed Name N/A

Seller signs NAPLETONS PALATINE MAZDA   By X /s/   Title _____

**NO PUBLIC LIABILITY INSURANCE ISSUED WITH THIS TRANSACTION**

Seller assigns its interest in this contract to TOYOTA MOTOR CREDIT CORPORATION assigned under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   ☒ Assigned without recourse   ☐ Assigned with limited recourse

Seller: NAPLETONS PALATINE MAZDA
By X /s/

OTHER IMPORTANT AGREEMENTS

1. FINANCE CHARGE AND PAYMENTS
   a. How we will figure Finance Charge. We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Fifteen days after any payment is originally scheduled or deferred, we will compute and charge interest on any balance remaining unpaid, including any unpaid default charges or deferment charges, at the Annual Percentage Rate shown on the front of this contract.
   b. How we will apply payments. We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.
   c. How late payments or early payments change what you must pay. We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment, or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. You may prepay. You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. YOUR OTHER PROMISES TO US
   a. If the vehicle is damaged, destroyed, or missing. You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. Using the vehicle. You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. Security Interest.
      You give us a security interest in:
      • The vehicle and all parts or goods put on it;
      • All money or goods received (proceeds) for the vehicle;
      • All insurance, maintenance, service, or other contracts we finance for you; and
      • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. Insurance you must have on the vehicle.
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. You agree to name us on your insurance policy as an additional insured and as loss payee. The insurance must cover our interest in the vehicle. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
      Unless you provide us with evidence of the insurance coverage required by this contract, we may buy insurance at your expense to protect our interests in the vehicle. This insurance may, but need not, protect your interests. The coverage that we buy may not pay any claim that you make or any claim that is made against you in connection with the vehicle. You may later cancel any insurance we buy, but only after providing us with evidence that you have obtained insurance as required by this contract. If we buy insurance for the vehicle, you will be responsible for the costs of that insurance, including finance charges and any other charges we may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. We may add the costs of the insurance to your total outstanding balance or obligation. The costs of the insurance may be more than the cost of insurance you may be able to obtain on your own.
      If we buy insurance, the charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the rate we are charging when we buy the insurance.
   e. What happens to returned insurance, maintenance, service, or other contract charges. If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES
   a. You may owe late charges. You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.
   b. You may have to pay all you owe at once. If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right the law gives you to reinstate this contract.
      Default means:
      • You do not pay any payment on time;
      • You give false, incomplete, or misleading information during credit application;
      • You start a proceeding in bankruptcy or one is started against you or your property; or
      • You break any agreements in this contract.

   c. The amount you will owe. [illegible]
   d. We may take the vehicle from you. If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.
   e. How you can get the vehicle back if we take it. If we repossess the vehicle, in many situations, the law gives you the right to pay to get it back. We will tell you what you have to do to get the vehicle back.
   f. We will sell the vehicle if you do not get it back. If you do not do what is required to get the vehicle back, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. What we may do about optional insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. WARRANTIES SELLER DISCLAIMS
   If the vehicle you purchased is a new vehicle, unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or fitness for a particular purpose.
   If the vehicle you purchased is a used vehicle, unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no express warranties on the vehicle, and there will be no implied warranties of fitness for a particular purpose. The vehicle is subject to an implied warranty of merchantability, but only to the extent required by Illinois law. The implied warranty of merchantability expires at midnight the 15th calendar day after delivery of the vehicle or until the vehicle is driven 500 miles after delivery, whichever is earlier. This implied warranty of merchantability does not extend to damage that occurs after the sale that results from: (1) off-road use; (2) racing; (3) towing; (4) abuse; (5) misuse; (6) neglect; (7) failure to perform regular maintenance; and (8) failure to maintain adequate oil, coolant, and other required fluids or lubricants.
   The above provisions do not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. SERVICING AND COLLECTION CONTACTS
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. APPLICABLE LAW
   Federal law and the law of the state of Illinois apply to this contract.

NOTICE OF POSSIBLE REFUND OF CREDIT LIFE OR DISABILITY INSURANCE PREMIUM: (1) IF YOU HAVE PURCHASED EITHER CREDIT LIFE OR CREDIT DISABILITY INSURANCE, OR BOTH, TO GUARANTEE PAYMENTS BEING MADE IN CASE OF YOUR DEATH OR DISABILITY, ON YOUR VEHICLE PURCHASED UNDER AN INSTALLMENT SALES CONTRACT, YOU MAY BE ENTITLED TO A PARTIAL REFUND OF YOUR PREMIUM IF YOU PAY OFF YOUR INSTALLMENT LOAN EARLY. (2) IN CASE OF EARLY COMPLETE PAYMENT OF YOUR LOAN, YOU SHOULD CONTACT THE SELLER OF YOUR CREDIT LIFE OR CREDIT DISABILITY INSURANCE TO SEE IF A REFUND IS DUE. IF YOUR VEHICLE DEALER FINANCED YOUR LOAN, THE SELLER OF YOUR CREDIT LIFE OR CREDIT DISABILITY INSURANCE IS YOUR VEHICLE DEALER.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

EXHIBIT B

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO |
|---|---|---|---|---|---|
| 3MZBN1L3XJM196563 | 2018 | MAZDA | MAZDA3 | HATCHBACK | 21176692879 |

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/25/21 | 37004 | | | 06/03/21 USED | ORIGINAL |

LEGEND(S)
ACTUAL MILEAGE

MAILING ADDRESS

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 105386
ATLANTA  GA  30348-5386

OWNER(S) NAME AND ADDRESS
ALEX BARAD
460 MAPLE DR
WHEELING  IL  60090-6243

FIRST LIENHOLDER NAME AND ADDRESS
TOYOTA MOTOR CREDIT CORPORATION
PO BOX 105386
ATLANTA  GA  30348-5386

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

ASSIGNMENT OF TITLE
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
1. The mileage stated is in excess of its mechanical limits.
2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF ... AT SPRINGFIELD

JESSE WHITE, Secretary of State

DO NOT DETACH UNTIL SOLD
MUST BE COMPLETED BY SELLER      NOTICE OF SALE      SEE INSTRUCTIONS ON REVERSE

MAZDA      2018      3MZBN1L3XJM196563

EXHIBIT C

# J.D. POWER

12/19/2022

### J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2018 Mazda Mazda3 Wagon 5D Touring 2.5L I4 |
| Region: | Central |
| Period: | December 19, 2022 |
| VIN: | 3MZBN1L3XJM196563 |
| Mileage: | 67,500 |
| Base MSRP: | $20,840 |
| Typically Equipped MSRP: | $22,035 |
| Weight: | 3,046 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Trade-In** | | | | |
| Rough | $13,800 | N/A | N/A | **$13,800** |
| Average | $14,975 | N/A | N/A | **$14,975** |
| Clean | $15,925 | N/A | N/A | **$15,925** |
| Clean Loan | $14,350 | N/A | N/A | **$14,350** |
| Clean Retail | $18,350 | N/A | N/A | **$18,350** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Blind Spot Monitor | w/body | w/body |
| Heated Exterior Mirrors | w/body | w/body |